**[J-95-2018]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 73 MAP 2017 |
| | : | |
| Appellant | : | Appeal from the Order of the Superior |
| | : | Court dated April 13, 2017 at No. |
| | : | 1998 MDA 2015 affirming the |
| v. | : | convictions, vacating the Judgment of |
| | : | Sentence of the Court of Common |
| | : | Pleas of Cumberland County, Criminal |
| KATHLEEN E. BRADDOCK, | : | Division, dated October 20, 2015 at |
| | : | CP-21-CR-000415-2015 and |
| Appellee | : | remanding for resentencing |
| | : | |
| | : | ARGUED: December 5, 2018 |

**ORDER**

**PER CURIAM** **DECIDED: February 20, 2019**

**AND NOW,** this 20th day of February, 2019, the order of the Superior Court is

**AFFIRMED**. *See Commonwealth v. Monarch*, __ A.3d __, 2019 WL 287156 (Pa. filed

Jan. 23, 2019).